■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MATTHEW STEPNEY, Appellant. [716 NYS2d 918] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (McDonald, J.), rendered August 27, 1998, convicting him of robbery in the second degree, upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress identification testimony.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, his detention for the purpose of a showup was based upon reasonable suspicion and was justified (see, People v Hicks, 68 NY2d 234; People v Archibald, 269 AD2d 602; People v Sharpe, 259 AD2d 639). The defendant's contention that the showup identification was unduly suggestive is without merit (see, People v Duuvon, 77 NY2d 541; People v Blunt, 276 AD2d 495). Altman, J. P., Goldstein, H. Miller and Smith, JJ., concur.

■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES WATTS, Appellant. [717 NYS2d 899] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 29, 1998 (People v Watts, 251 AD2d 687), affirming a judgment of the Supreme Court, Kings County, rendered August 7, 1995.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see, Jones v Barnes, 463 US 745). Mangano, P. J., Sullivan, Altman and Friedmann, JJ., concur.